# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THOMAS CROCKETT**                                                                                 **PETITIONER**
**ADC #080478**

**v.**                  **CASE NO. 5:19-CV-00359-BSM**

**DEXTER PAYNE**                                                                            **RESPONDENT**

## **ORDER**

After *de novo* review of the record, including Thomas Crockett's objections, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 18] is adopted. Dexter Payne's motion to dismiss petition for writ of habeas corpus [Doc No. 14] is granted, Crockett's petition [Doc. No. 1] is dismissed without prejudice, and Crockett's motion for default judgment or, in the alternative, to permit petition to proceed [Doc. No. 16] is denied as moot. It is certified that an *in pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of May, 2020.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT JUDGE